## RESCRIPTS WITHOUT OPINION.

Pursuant to the requirements of G. L. (Ter. Ed.) c. 211, § 9, the Reporter publishes the following:

CHARLES J. AVERILL *vs.* MARION A. GOULD *et al.* February 10, 1938. Motion to remand denied. Decree affirmed. There is no sufficient ground for granting the motion to remand. ·The record in this case is an appeal in ordinary form from a decree dismissing a petition for administration upon the estate of Deborah Taylor Sweeney Wildes Poole. There is no report of material facts. The evidence is not reported. It is a bald record of papers natural in such a petition. No question is raised for our consideration. *Jordan* v. *Ulmer*, 237 Mass. 577.

C. J. Averill, *pro se.*

F. Balch, for the respondents.

JAMES O. GRAVES *vs.* ANTONIO MANZELLI *et als.* March 7, 1938. It having been made to appear that prior to the entry of the final decree, the plaintiff James O. Graves had died and that the claim of appeal was filed in behalf of the plaintiff before administration of his estate had been authorized, the appeal is dismissed and the case is remanded to the Superior Court for such further proceedings as the Superior Court may deem appropriate.

F. P. Harrison, (M. Michelson with him,) for the plaintiff.

F. D. Doherty, for the defendants.